14141

## J.A. SMITH HEATING AND AIR CONDITIONING INC.
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #  
Period End 08/25/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 15.83 | $239.88 |

|  | This Check | | Y-T-D |
|---|---|---|---|
|  | Hours | Wages | Wages |
| Regular | 15.83 | 239.88 | 8299.68 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 15.83 | 239.88 | 8549.68 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 14.87 | 515.98 |
| Medicare | 3.48 | 120.69 |
| State | 7.36 | 255.50 |
| S.U.I. | 0.14 | 5.01 |
| Misc | 1.00 | 262.25 |
| Local Tax | 2.40 | 83.22 |
|  | $29.25 | $1,305.15 |

Check # 74741    Check Date: 08/29/19    Net Pay: $210.63

---

## J.A. SMITH HEATING AND AIR CONDITIONING INC.
WARMINSTER, PA 18974

74687

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #  
Period End 08/18/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 16.83 | $255.03 |

|  | This Check | | Y-T-D |
|---|---|---|---|
|  | Hours | Wages | Wages |
| Regular | 16.83 | 255.03 | 8059.80 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 16.83 | 255.03 | 8309.80 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 15.81 | 501.11 |
| Medicare | 3.70 | 117.21 |
| State | 7.83 | 248.14 |
| S.U.I. | 0.15 | 4.87 |
| Misc | 1.00 | 261.25 |
| Local Tax | 2.55 | 80.82 |
|  | $31.04 | $1,275.90 |

Check # 74687    Check Date: 08/22/19    Net Pay: $223.99

---

## J.A. SMITH HEATING AND AIR CONDITIONING INC.
WARMINSTER, PA 18974

74623

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #  
Period End 08/11/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 17.50 | $265.13 |

|  | This Check | | Y-T-D |
|---|---|---|---|
|  | Hours | Wages | Wages |
| Regular | 17.50 | 265.13 | 7804.77 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 17.50 | 265.13 | 8054.77 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 16.44 | 485.30 |
| Medicare | 3.84 | 113.51 |
| State | 8.14 | 240.31 |
| S.U.I. | 0.16 | 4.72 |
| Misc | 1.00 | 260.25 |
| Local Tax | 2.65 | 78.27 |
|  | $32.23 | $1,244.86 |

Check # 74623    Check Date: 08/15/19    Net Pay: $232.90

Case 19-15010-mdc    Doc 21    Filed 10/24/19    Entered 10/24/19 15:54:45    Desc Main
Document    Page 2 of 5

## 74558

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #   Period End 08/04/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 16.50 | $249.98 |

|  | This Check | | Y-T-D |
|---|---|---|---|
|  | Hours | Wages | Wages |
| Regular | 16.50 | 249.98 | 7539.64 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 16.50 | 249.98 | 7789.64 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 15.50 | 468.86 |
| Medicare | 3.62 | 109.67 |
| State | 7.67 | 232.17 |
| S.U.I. | 0.15 | 4.56 |
| Misc | 1.00 | 259.25 |
| Local Tax | 2.50 | 75.62 |
|  | $30.44 | $1,212.63 |

Check # 74558    Check Date : 08/08/19    Net Pay : $219.54

---

## 74462

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #   Period End 07/28/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 16.25 | $246.19 |

|  | This Check | | Y-T-D |
|---|---|---|---|
|  | Hours | Wages | Wages |
| Regular | 16.25 | 246.19 | 7289.66 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 16.25 | 246.19 | 7539.66 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 15.26 | 453.36 |
| Medicare | 3.57 | 106.05 |
| State | 7.56 | 224.50 |
| S.U.I. | 0.15 | 4.41 |
| Misc | 1.00 | 258.25 |
| Local Tax | 2.46 | 73.12 |
|  | $30.00 | $1,182.19 |

Check # 74463    Check Date : 08/01/19    Net Pay : $216.19

---

## 74386

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #   Period End 07/21/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 17.42 | $263.86 |

|  | This Check | | Y-T-D |
|---|---|---|---|
|  | Hours | Wages | Wages |
| Regular | 17.42 | 263.86 | 7043.47 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 17.42 | 263.86 | 7293.47 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 16.36 | 438.10 |
| Medicare | 3.83 | 102.48 |
| State | 8.10 | 216.94 |
| S.U.I. | 0.16 | 4.26 |
| Misc | 1.00 | 257.25 |
| Local Tax | 2.64 | 70.66 |
|  | $32.09 | $1,152.19 |

Check # 74386    Check Date : 07/25/19    Net Pay : $231.77

## Check #74299

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. # Period End 07/14/19 — 74299

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 18.17 | $275.23 |

| | This Check Hours | This Check Wages | Y-T-D Wages |
|---|---|---|---|
| Regular | 18.17 | 275.23 | 6779.61 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 18.17 | 275.23 | 7029.61 |

| | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 17.06 | 421.74 |
| Medicare | 3.99 | 98.65 |
| State | 8.45 | 208.84 |
| S.U.I. | 0.17 | 4.10 |
| Misc | 1.00 | 256.25 |
| Local Tax | 2.75 | 68.02 |
| | $33.42 | $1,120.10 |

Check # 74299   Check Date: 07/18/19   Net Pay: $241.81

---

## Check #74203

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. # Period End 07/07/19 — 74203

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 3.00 | $45.45 |

| | This Check Hours | This Check Wages | Y-T-D Wages |
|---|---|---|---|
| Regular | 3.00 | 45.45 | 6504.38 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 250.00 |
| TOTAL | 3.00 | 45.45 | 6754.38 |

| | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 0.00 | 62.50 |
| F.I.C.A. | 2.82 | 404.68 |
| Medicare | 0.66 | 94.66 |
| State | 1.40 | 200.39 |
| S.U.I. | 0.03 | 3.93 |
| Misc | 1.00 | 255.25 |
| Local Tax | 0.45 | 65.27 |
| | $6.36 | $1,086.68 |

Check # 74203   Check Date: 07/11/19   Net Pay: $39.09

---

## Check #74142

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. # Period End 06/30/19 — 74142

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 14.08 | $213.36 |
| COMMISSIONS | .00 | $250.00 |

Handwritten notes: -87.8 (12.78), 69.1 (37%), 187.41, 157.85, $345.27

| | This Check Hours | This Check Wages | Y-T-D Wages |
|---|---|---|---|
| Regular | 14.08 | 213.36 | 6458.93 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 250.00 | 250.00 |
| TOTAL | 14.08 | 463.36 | 6708.93 |

| | Deductions | YTD - Deductions |
|---|---|---|
| Federal | 62.50 | 62.50 |
| F.I.C.A. | 28.73 | 401.86 |
| Medicare | 6.72 | 94.00 |
| State | 14.23 | 198.99 |
| S.U.I. | 0.28 | 3.90 |
| Misc | 1.00 | 254.25 |
| Local Tax | 4.63 | 64.82 |
| | $118.09 | $1,080.32 |

Check # 74142   Check Date: 07/05/19   Net Pay: $345.27

## Check # 74087

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #
Period End: 06/23/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 17.25 | $261.34 |

|  | This Check Hours | This Check Wages | Y-T-D Wages |
|---|---|---|---|
| Regular | 17.25 | 261.34 | 6245.57 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 0.00 |
| TOTAL | 17.25 | 261.34 | 6245.57 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| F.I.C.A. | 16.20 | 373.13 |
| Medicare | 3.79 | 87.28 |
| State | 8.02 | 184.76 |
| S.U.I. | 0.16 | 3.62 |
| Misc | 1.00 | 253.25 |
| Local Tax | 2.61 | 60.19 |
|  | $31.78 | $962.23 |

Check # 74087    Check Date: 06/27/19    Net Pay: $229.56

---

## Check # 74016

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #
Period End: 06/16/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 17.08 | $258.81 |

|  | This Check Hours | This Check Wages | Y-T-D Wages |
|---|---|---|---|
| Regular | 17.08 | 258.81 | 5984.23 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 0.00 |
| TOTAL | 17.08 | 258.81 | 5984.23 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| F.I.C.A. | 16.05 | 356.93 |
| Medicare | 3.75 | 83.49 |
| State | 7.95 | 176.74 |
| S.U.I. | 0.16 | 3.46 |
| Misc | 1.00 | 252.25 |
| Local Tax | 2.59 | 57.58 |
|  | $31.50 | $930.45 |

Check # 74016    Check Date: 06/20/19    Net Pay: $227.31

---

## Check # 73909

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

| Dept | Number | Name |
|---|---|---|
| 21 | 446 | Stephen J Feeley |

S.S. #
Period End: 06/09/19

| Description | Hours | Wages |
|---|---|---|
| PICKING UP SUPPLIES | 14.00 | $212.10 |

|  | This Check Hours | This Check Wages | Y-T-D Wages |
|---|---|---|---|
| Regular | 14.00 | 212.10 | 5725.42 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 0.00 |
| TOTAL | 14.00 | 212.10 | 5725.42 |

|  | Deductions | YTD - Deductions |
|---|---|---|
| F.I.C.A. | 13.15 | 340.88 |
| Medicare | 3.08 | 79.74 |
| State | 6.51 | 168.79 |
| S.U.I. | 0.13 | 3.30 |
| Misc | 1.00 | 251.25 |
| Local Tax | 2.12 | 54.99 |
|  | $25.99 | $898.95 |

Check # 73909    Check Date: 06/13/19    Net Pay: $186.11

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

73853

| Dept | Number | Name |
|------|--------|------|
| 21 | 446 | Stephen J Feeley |

S.S. #

Period End: 06/02/19

| Description | Hours | Wages |
|-------------|-------|-------|
| PICKING UP SUPPLIES | 17.83 | $270.18 |

|  | This Check | | Y-T-D |
|--|------------|--|-------|
|  | Hours | Wages | Wages |
| Regular | 17.83 | 270.18 | 5513.32 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 0.00 |
| TOTAL | 17.83 | 270.18 | 5513.32 |

|  | Deductions | YTD - Deductions |
|--|------------|------------------|
| F.I.C.A. | 16.75 | 327.73 |
| Medicare | 3.92 | 76.66 |
| State | 8.29 | 162.28 |
| S.U.I. | 0.16 | 3.17 |
| Misc | 1.00 | 250.25 |
| Local Tax | 2.70 | 52.87 |
|  | $32.82 | $872.96 |

Check # 73853    Check Date: 06/06/19    Net Pay: $237.36

---

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

73422

| Dept | Number | Name |
|------|--------|------|
| 21 | 446 | Stephen J Feeley |

S.S. #

Period End: 04/28/19

| Description | Hours | Wages |
|-------------|-------|-------|
| PICKING UP SUPPLIES | 10.00 | $151.50 |

|  | This Check | | Y-T-D |
|--|------------|--|-------|
|  | Hours | Wages | Wages |
| Regular | 10.00 | 151.50 | 4344.24 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 0.00 |
| TOTAL | 10.00 | 151.50 | 4344.24 |

|  | Deductions | YTD - Deductions |
|--|------------|------------------|
| F.I.C.A. | 9.39 | 255.25 |
| Medicare | 2.20 | 59.70 |
| State | 4.65 | 126.40 |
| S.U.I. | 0.09 | 2.48 |
| Misc | 1.00 | 245.25 |
| Local Tax | 1.52 | 41.18 |
|  | $18.85 | $730.26 |

Check # 73422    Check Date: 05/02/19    Net Pay: $132.65

---

**J.A. SMITH HEATING AND AIR CONDITIONING INC.**
WARMINSTER, PA 18974

73361

| Dept | Number | Name |
|------|--------|------|
| 21 | 446 | Stephen J Feeley |

S.S. # 2

Period End: 04/21/19

| Description | Hours | Wages |
|-------------|-------|-------|
| PICKING UP SUPPLIES | 16.50 | $249.97 |

|  | This Check | | Y-T-D |
|--|------------|--|-------|
|  | Hours | Wages | Wages |
| Regular | 16.50 | 249.97 | 4192.74 |
| Over Time | 0.00 | 0.00 | 0.00 |
| Premium | 0.00 | 0.00 | 0.00 |
| Misc. | 0.00 | 0.00 | 0.00 |
| TOTAL | 16.50 | 249.97 | 4192.74 |

|  | Deductions | YTD - Deductions |
|--|------------|------------------|
| F.I.C.A. | 15.50 | 245.86 |
| Medicare | 3.62 | 57.50 |
| State | 7.67 | 121.75 |
| S.U.I. | 0.15 | 2.39 |
| Misc | 1.00 | 244.25 |
| Local Tax | 2.50 | 39.66 |
|  | $30.44 | $711.41 |

Check # 73361    Check Date: 04/25/19    Net Pay: $219.53