**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-15010-MDC

STEPHEN J FEELEY

2551 CANDYTUFT DRIVE

JAMISON, PA 18929

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEPHEN J FEELEY

2551 CANDYTUFT DRIVE

JAMISON, PA 18929

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 10/25/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee