United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 19-15010-mdc
Stephen J. Feeley                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2              Date Rcvd: Nov 21, 2019
                              Form ID: pdf900            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.
```
db             +Stephen J. Feeley,    2551 Candytuft Drive,    Jamison, PA 18929-1761
14370777       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14370778       +AR Resources, Inc.,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14393658       +BAYVIEW LOAN SERVICING, LLC,     c/o Kevin G. McDonald, Esquire,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14393900       +Bayview Loan Servicing, LLC,     c/o Maria Tsagaris, Esq.,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14370782      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:  Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
14370781       +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
14370787       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14370788       +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14370791       +Wells Fargo Bank,    Attn: Written Correspondnce Dept,    Po Box 10335,
                 Des Moines, IA 50306-0335
14370792       +Wells Fargo Bank,    P O Box 31557,    Billings, MT 59107-1557
14400501        Wells Fargo Bank, N.A.,    Attn: Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 22 2019 03:35:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2019 03:35:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 03:37:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14370775       +E-mail/Text: ally@ebn.phinsolutions.com Nov 22 2019 03:35:20      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
14403368        E-mail/Text: ally@ebn.phinsolutions.com Nov 22 2019 03:35:20      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14370776       +E-mail/Text: ally@ebn.phinsolutions.com Nov 22 2019 03:35:20      Ally Financial,
                 200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
14370779       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2019 03:35:52
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14370780       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2019 03:35:52
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
14407086       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2019 03:35:52
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14370784       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 22 2019 03:36:34      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
14370783       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 22 2019 03:37:45      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14375710       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2019 03:37:12
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14370786       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2019 03:37:11      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14370785       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2019 03:37:11      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14389472        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2019 03:35:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14371285       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 03:37:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    Valerie Smith,    PO Box 41021,
                 Norfolk, VA 23541-1021
14370789       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 03:37:06      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14370790       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 03:37:44      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 18
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: Nov 21, 2019
                               Form ID: pdf900              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:

```
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        PAUL H. YOUNG    on behalf of Debtor Stephen J. Feeley support@ymalaw.com,    ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                     Chapter 13
STEPHEN J FEELEY

                    Debtor              Bankruptcy No. 19-15010-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

11/21/2019                    _____
                              Magdeline D. Coleman
                              Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
STEPHEN J FEELEY

2551 CANDYTUFT DRIVE

JAMISON, PA 18929